■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD SMALL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Naro, J.), rendered July 7, 1982, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant has not preserved for appellate review the issue of the plea allocution's sufficiency (see, People v Pellegrino, 60 NY2d 636). Moreover, were we to review this issue in the interest of justice, reversal would not be warranted. The record indicates that the defendant's plea was knowingly, voluntarily and intelligently made (see, People v Harris, 61 NY2d 9).

Defense counsel's apparent argument that the factual recitation of the underlying crime might have been insufficient is without merit (see, People v Riley, 120 AD2d 752; People v Dixon, 119 AD2d 831). Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLTON SMITH, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Heller, J.), rendered April 9, 1985, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Thompson, J. P., Niehoff, Weinstein, Kunzeman and Spatt, JJ., concur.